In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00007-CR

                                                ______________________________

 

 

                                           VIRGIL
HOBBS, Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Sixth
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 18683

 

                                                          
                                        

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Virgil Hobbs,
appellant, has filed with this Court a motion to dismiss his appeal.  The motion is signed by Hobbs and by his
counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate
Procedure.  See Tex. R. App. P.
42.2(a).  As authorized by Rule 42.2, we
grant the motion.  See Tex. R. App. P.
42.2.

            Accordingly,
we dismiss the appeal.

            

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          June
22, 2011

Date Decided:             June
23, 2011

 

Do Not Publish